**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**CARRIE L. DANIELS,**

    **Defendant.**

Case No. 2:22-cr-167
Judge Edmund A. Sargus, Jr.
Magistrate Judge Nora McCann King

## ORDER

On October 13, 2022, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 34) recommending that the Court accept Defendant Carrie Daniels' guilty plea to Counts 1, 2 and 3 and the forfeiture allegation of the Information. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and **AFFIRMED**, and Defendant's guilty plea is **ACCEPTED**.

    IT IS SO ORDERED.

**11/4/2022**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**